| | |
|---|---|
| DISTRICT COURT, CITY AND COUNY OF DENVER, STATE OF COLORADO<br>Address: 1437 Bannock<br>           Denver, CO 80202<br><br>Plaintiff: ALBERT GONZALES<br><br>v.<br><br>Defendant: AMERICAN FAMILY INSURANCE COMPANY<br><br>Attorneys for Plaintiff:<br><br>Kenneth Padilla #5632<br>1753 Lafayette Street<br>Denver, CO 80218<br>Phone: 303-832-7145<br>FAX: 303-832-7147<br>padillaesq@aol.com<br><br>John Astuno, Jr #7545<br>1290 Broadway #600<br>Denver, CO 80203<br>Phone: 303-861-7636<br>FAX:   303-861-4190<br>John.astuno@outlook.com | DATE FILED: May 23, 2023 7:11 PM<br>FILING ID: ECED382C98938<br>CASE NUMBER: 2023CV31517<br><br><br>▲ COURT USE ONLY   ▲<br><br>Case Number:<br><br>Courtroom: |

**COMPLAINT AND JURY DEMAND**

COMES NOW, the Plaintiff, through undersigned counsel, and submits his Complaint and Jury Demand as follows:

A.   OVERVIEW

1.   This is an uninsured motorist claim which the Plaintiff brings against his own insurance carrier, American Family Insurance Company, the Defendant herein.

–1–

EXHIBIT A

2. On February 19, 2021 the Plaintiff was in an automobile collision. The collision was not his fault. The Plaintiff incurred numerous injuries which required, among other treatments, a full knee replacement. Inasmuch as the Tortfeasor did not have insurance the Plaintiff looked to his own carrier, the Defendant for reasonable compensation. Rather than treat their insured fairly and reasonably the Defendant offered to settle his uninsured motorist claim in full for the sum of $2,756.02. This amount is woefully unfair, completely unreasonable, and contrary to good faith.

### B. IDENTITY OF THE PARTIES

3. At all times pertinent, Albert Gonzales, hereafter referred to as "Plaintiff" resided at 6635 Depew Street, City of Arvada, County of Jefferson, State of Colorado.

4. At all times pertinent American Family Insurance Company hereafter referred to as "Defendant" was and is an insurance carrier providing insurance to the Plaintiff in the State of Colorado.

### C. VENUE/JURISDICTION

5. The Defendant transacts business within the City and County of Denver.

6. Pursuant to Rule 98 C.R.C.P., venue is appropriate in Denver District Court.

### D. GENERAL ALLIGATIONS

7. The Plaintiff complied with all terms and conditions of his policy.

8. The Plaintiff freely and completely provided relevant medical information to his insurance carrier.

9. Following the motor vehicle collision, the Plaintiff developed significant pain and limitations regarding his right knee and, on July 7, 2021 underwent a right total knee arthroplasty.

10. In addition to the knee injury the Plaintiff sustained other significant injuries as a consequence of the motor vehicle collision.

11. The Plaintiff's uninsured motorist coverage with the Defendant is in the sum of $100,000.00.

12. As an uninsured motorist insurance carrier, the Defendant has a duty and is obligated to pay the Plaintiff a reasonable amount for his injuries and damages.

13. In making a settlement offer, to their own insured, for his injuries and damages in a sum of $2,756.02 is unreasonable.

14. The reasonable value of the Plaintiff's claim is well in excess of the policy limits.

### E. FIRST CLAIM FOR RELIEF

(Breach of Contract)

15. Plaintiff incorporates paragraphs 1 through 14 as though set forth fully herein.

16. The American Family Insurance Company policy discussed above is a contract of insurance.

17. Defendant breached the above discussed contract by failing to pay and/or by denying Mr. Gonzales' claims for reasonable benefits.

18. As a direct and proximate result of American Family's breaches of contract, Mr. Gonzales suffered damages in an amount to be proven at trial.

### F. SECOND CLAIM FOR RELIEF

(Bad Faith Insurance Contract)

19. Plaintiff incorporates paragraphs 1 through 18 and by reference each and every allegation of this Complaint and Jury Demand as if fully set for fully herein.

20. American Family Insurance Company owed Mr. Gonzales a duty of good faith and

fair dealing.

21. American Family Insurance Company breached its duty of good faith and fair dealing through several acts and omissions including without limitation the following:

  a. In failing to timely respond to Plaintiff's settlement demand.

  b. In failing to adequately consider his medical records which clearly corroborate that he developed significant knee pain following the February 2021 motor vehicle collision.

  c. In failing to consider Plaintiff had to undergo a knee replacement surgery.

  d. In ignoring the amount of medical bills and damages the Plaintiff incurred.

  e. In failing to analyze or adjust the claim in a fair fashion.

  f. In failing to attempt a good faith effort to effectuate a prompt and equitable resolution to this claim.

  g. In offering an insulting figure of $2,756.02.

## G. THIRD CLAIM FOR RELIEF

(Violation of and Relief Pursuant to C.R.S. §10-3-1115 and §10-3-1116)

22. Plaintiff incorporates paragraph 1 through 21 and by reference each and every allegation of this Complaint and Jury Demand as if fully set for fully herein.

23. C.R.S. §10-3-1115 forbids an insurer for unreasonably denying or delaying payment of a claim for benefits owed to on behalf of a first party claimant.

24. Mr. Gonzales is a first party claimant pursuant to C.R.S. §10-3-1115.

25. Defendant has delayed and/or denied Mr. Gonzales' claims without reasonable basis within the meaning of C.R.S. §10-3-1115.

26. C.R.S. §13-3-116 provides that a first party claimant whose claim has been unreasonably denied or delayed by an insurer may bring an action in a Colorado District Court to recover reasonable attorney's fees and Court costs, in two times the covered benefit.

27.     Defendant's actions as described above, violate C.R.S. § 10-3-1115 and have unreasonably delayed and/or denied benefits owing to the Plaintiff, Mr. Gonzales under the terms of the policy.

28.     Plaintiff brings this claim to recover his reasonable attorney's fees and court costs and two times the covered benefit pursuant to C.R.S. §10-3-116.

WHEREFORE, the Plaintiff requests that this Court enter judgment in his favor and against Defendant, American Family Insurance Company as follows:

A. For compensatory economic and non-economic damages in amounts to be proved at trial.
B. For two times the covered benefit, pursuant to the statute.
C. For reasonable attorneys' fees, costs and expenses incurred herein, pursuant to the statute.
D. For all pre-and post-judgment interest, statutory or moratory, permitted by law; and
E. For such other and further relief as this Honorable Court deems just and proper.

PLAINTIFF REQUESTS THAT THIS MATTER BE HEARD BY A
JURY OF SIX (6) PERSONS.

Dated this 23rd day of May 2023.

                      Respectfully submitted,

                      s/Kenneth A. Padilla
                      Kenneth A. Padilla.
                      *Attorney for Plaintiff*

                      John Astuno, Jr.
                      Attorney for Plaintiff

Address of Plaintiff:
6635 Depew Street
Arvada, CO 80003